UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> WASHINGTON STATE SUPREME COURT, <br><br> Respondent. | Case No.  C22-5343-TL-SKV <br><br> REPORT AND RECOMMENDATION |

Petitioner John Demos is a Washington prisoner who is well-known locally and nationally as an abusive litigant.  Mr. Demos has submitted to the Court for filing what appears to be a proposed habeas petition, Dkt. 1, and this matter was opened as a habeas action under 28 U.S.C. 2241.[1]  Mr. Demos' petition is somewhat difficult to understand, but he appears to assert

---

[1] It is not clear why the case was construed in this manner.  Section 2241 generally provides a mechanism for individuals in custody to challenge the lawfulness of their federal detention.  *See* 28 U.S.C. § 2241(c).  Mr. Demos is in custody pursuant to a state court judgment and the only habeas remedy available to a state prisoner is that afforded by 28 U.S.C. § 2254.  *White v. Lambert*, 370 F.3d 1002, 1009–10 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc).  In any event, the underlying action(s) in which Mr. Demos asks the Court to intervene appear to raise issues related to his original convictions.  *See* Dkt. 1-1 at 2.  The Court therefore construes this case as one seeking habeas relief.

REPORT AND RECOMMENDATION
PAGE - 1

that bar orders issued and enforced by the Washington Supreme Court conflict with an order of the United States Supreme Court, and that this Court has the authority to intervene and provide him with relief. *See* Dkt. 1 at 1–2. Mr. Demos did not, however, submit with his materials the requisite filing fee for this action.

An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). As Mr. Demos has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 22, 2022**.

Dated this 27th day of June, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2